| Date | Pleading Number | |
|---|---|---|
| 12/8/75 | 1. | MOTION & SUPPORTING MEMORANDUM -- Warners Bros. Inc. and Hoya Productions Inc. -- w/attached Schedule A, Exhibits B thru F, Boxer Affidavit and proof of service on involved clerks and attorneys<br>REQUESTED TRANSFEREE FORUM: Central District of California<br>REQUESTED TRANSFEREE JUDGE: Hon. David W. Williams |
| 12/18/75 | | APPEARANCES -- W. P. Johnson for Highland Theatres, Inc.<br>J. P. Schiff for Plitt Theatres, Inc.<br>H. P. Breazeale, Jr. for Gulf States Theatres, Inc. |
| 12/19/75 | | APPEARANCE --- J. E. Boxer for Pltf. Warner Bros., Inc. & Hoya Prod. Inc. |
| 12/22/75 | | APPEARANCE --- B. R. Kaufman for Mann Theatres Corp. of California<br>W. O. Wheeler for def. Film Ventures International, Inc. |
| 12/22/75 | | REQUEST FOR EXTENSION -- FILM VENTURES, INC. -- GRANTED TO Dec. 30, 1975 |
| 12/29/75 | 2 | RESPONSE -- HIGHLAND THEATRES, INC. w/cert. of service |
| 12/29/75 | 3 | RESPONSE -- PLITT THEATRES INC. w/cert. of service |
| 12/29/75 | 4 | RESPONSE -- FILM VENTURES INTERNATIONAL, INC. w/cert. of service |
| 12/29/75 | 5 | RESPONSE -- WARNER BROS. INC. AND HOYA PRODUCTIONS INC. w/cert. of service |
| 12/30/75 | | HEARING ORDER -- SETTING A-1 through A-4 FOR HEARING, JAN. 23, 1976 WASH., D.C. |
| ~~1/23/76~~ | | ~~OPINION AND ORDER -- TRANSFERRING A-1 through A-4 TO THE CENTRAL DISTRICT OF CALIFORNIA~~ |
| 4/22/76 | | CONSENT OF TRANSFEREE COURT -- Chief Judge ALBERT LEE STEPHENS, JR. -- for transfer of actions under 28 U.S.C. §1407 to CENTRAL DISTRICT OF CALIFORNIA |
| 4/22/76 | | OPINION AND ORDER -- transferring actions A-1 through A-4 to Judge David W. Williams for coordinated or consolidated pretrial under 28 U.S.C. §1407 |
| 5/4/77 | | B-1 Zimmel Assoc. v. Warner Bros., et al., S.D.N.Y., Civil Action No. 77Civ. 622<br>CTO filed today. Notified involved counsel and judges. |
| 5/16/77 | | B-1 ZIMMEL ASSOC. V. WARNER BROS., ET AL., S.D.N.Y. 77 Civ. 622<br>NOTICE OF OPPOSITION FILED TODAY -- ZIMMEL ASSOC. |
| 6/1/77 | | HEARING ORDER -- Setting B-1 Zimmel Assoc. for hearing -- June 24, 1977, Washington, D.C. |
| 6/2/77 | | WITHDRAWAL OF OPPOSITION TO TRANSFER (B-1) Zimmel Assoc v. Warner Borthers et al., S.D.N.Y., 77 Civ 662 from Film Ventures International<br>ORDER -- LIFTING Stay and transferring action to the C.D. Calif. and VACATING HEARING SET for June 24, 1977<br>Conditional transfer order final today -- Notified counsel, transferee clerk, transferor clerk and judges |

| | Description of Litigation | | | | | |
|---|---|---|---|---|---|---|
| | IN RE "THE EXORCIST" COPYRIGHT INFRINGEMENT LITIGATION | | | | | |

Closed Jan 19 79

## Summary of Panel Action

Date(s) of Hearing(s): _Jan 23 1976_
Date(s) of Opinion(s) or Order(s): _4/22/76_
Consolidation Ordered: _X_    Name of Transferee Judge: _Honorable David W. Williams_
Consolidation Denied: ___    Transferee District: _Central District of California_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Warner Bros. Inc., et al. v. Film Ventures International, et al. | C.D.Cal. Williams | CV75-2774-DWW NTN | | | 1/12/79 | |
| A-2 | Warner Bros, Inc., et al. v. Plitt Theatres, Inc. | N.D.Ill. Will Grady | 75C 3816 | 4/22/76 | CV76-1352-DWW | 1/12/79 | |
| A-3 | Warner Bros. Inc., et al. v. Highland Theatres, Inc. | Colorado Matsch | 75 1195 | 4/22/76 | CV76-1353-DWW | 1/12/79 | |
| A-4 | Warner Bros., Inc., et al. v. Gulf States Theatres, Inc. | E.D. La. Mitchell | 75-3466-Sec. F | 4/22/76 | CV76-1354-DWW | 1/12/79 | |
| B-1 | Zimmel Associates, v. Warner Bros., et al. 5/4/77 opposed | S.D.N.Y. Ward | 77Civ.622 | 7/2/77 | CV77-2100-DWW | 1/12/79 | |

July 77
July 1978
July 1979 - Closed

4 Tr change
x x 2

Prepared: 12/18/75

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 239 -- IN RE "THE EXORCIST" COPYRIGHT INFRINGEMENT LITIGATION

---

WARNER BROS, INC. AND HOYA PRODUCTIONS, INC. (A-1, A-2, A-3 & A-4)
Michael Bergman, Esquire
Joel E. Boxer, Esquire
Peter C. Bronson, Esquire
Kaplan, Livingston, Goodwin,
   Berkowitz & Selvin
450 North Roxbury Drive
Beverly Hills, California  90210

ZIMMEL ASSOCIATES (B-1)
Berg and Duffy
3000 Marcus Avenue
Lake Success, New York  11040

A. ERRE CINEMATOGRAFICA, S.A.
Robert A. Meyer, Esquire
Loeb and Loeb
One Wilshire Building
Sixteenth Floor
Wilshire Boulevard at Grand Avenue
Los Angeles, California  90017

FILM VENTURES INTERNATIONAL
Marvin Zinman, Esquire
Suite 1017
315 West 9th Street
Los Angeles, Calif.  90015

MANN THEATRES CORPORATION OF CALIFORNIA
Bernard R. Kaufman, Esquire
9200 Sunset Blvd., Suite 301
Los Angeles, California  90069

PACIFIC THEATRES CORP.
Irving A. Shimer, Esquire
Swerdlow, Glikbarg & Shimer
9601 Wilshire Blvd., Suite 544
Beverly Hills, California  90210

PLITT THEATRES, INC.
Joel P. Schiff, Esquire
Pacht, Ross, Warne, Bernhard
   & Sears, Inc.
1800 Avenue of the Stars, Suite 500
Los Angeles, California  90067

HIGHLAND THEATRES, INC.
William P. Johnson, Esquire
Rothgerber, Appel & Powers
2450 Colorado State Bank Bldg.
Denver, Colorado  80202

GULF STATES THEATRES, INC.
Hopkins P. Breazeale, Jr., Esq.
Breazeale, Sachse & Wilson
701 Fidelity National Bank Bldg.
Baton Rouge, Louisiana  70801